UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JUAN ORTIZ,

                *Plaintiff*,

      -against-

CITY OF NEW YORK, et al.,

                *Defendants*.

------------------------------------------------------------------ x

1:23-cv-02047 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Defendants are ORDERED to file a status report on the identification and service of DOC doctors "Schwaner" and "Ray" alleged in ECF No. 10 by October 13, 2023.

**SO ORDERED.**

**Dated:**   **October 3, 2023**
           **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**