UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

JUAN ORTIZ,                                          :
                                                     :
                              *Plaintiff*,           :
                                                     :        1:23-cv-02047 (ALC)
              -against-                               :
                                                     :        **ORDER OF SERVICE**
CITY OF NEW YORK, et al.,                             :
                                                     :
                              *Defendants*.           :
                                                     :
                                                     :
                                                     :
------------------------------------------------------------------- :
                                                     :
                                                     :
                                                     x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the City of New York's letter dated October 12, 2023. ECF No.

22. The Court requests that Physician's Assistant Thomas Schwaner and Doctor Jayanta Ray

waive service of summons. Both PA Schwaner and Dr. Ray may be served at PAGNY-

Correctional Health Services, at 49-04 19th Avenue, 1st Floor, Astoria, New York 11105.


**SO ORDERED.**

**Dated:**     **October 12, 2023**
               **New York, New York**        _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**