UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JUAN ORTIZ,                                        :
                                                   :
                          *Plaintiff,*             :
                                                   :        1:23-cv-02047 (ALC)
              -against-                             :
                                                   :        **ORDER OF SERVICE**
CITY OF NEW YORK, et al.,                           :
                                                   :
                          *Defendants*.            :
                                                   :
                                                   :
------------------------------------------------------------------ :
                                                   :
                                                   x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the City of New York's letter dated November 9, 2023, clarifying that Physician's Assistant Thomas Schwaner and Doctor Jayanta Ray are not city employees. ECF No. 24. The Clerk of Court is directed to issue summonses as to Defendants Schwaner and Ray Both PA Schwaner and Dr. Ray may be served at PAGNY-Correctional Health Services, at 49-04 19th Avenue, 1st Floor, Astoria, New York 11105.

    Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

1

SO ORDERED.

Dated:        November 14, 2023
              New York, New York

_____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**