UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JUAN ORTIZ,

                *Plaintiff*,

    -against-

CITY OF NEW YORK, et al.,

                *Defendants*.

------------------------------------------------------------------- x

1:23-cv-02047 (ALC)

**AMENDED ORDER OF SERVICE**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the City of New York's letter dated November 9, 2023, clarifying that Physician's Assistant Thomas Schwaner and Doctor Jayanta Ray are not city employees. ECF No. 24. The Clerk of Court is directed to issue summonses as to Defendants Schwaner and Ray Both PA Schwaner and Dr. Ray may be served at PAGNY-Correctional Health Services, at 49-04 19th Avenue, 1st Floor, Astoria, New York 11105.

    Because Plaintiff was granted IFP status, the US Marshal Service is directed to serve these Defendants on Plaintiff's behalf.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

**Dated:**    **November 22, 2023**
            **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**