**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN ORTIZ,

                Plaintiff,

-against-                                                        23 **CIVIL 2047 (ALC)**

                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2025, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                                        **TAMMI M HELLWIG**
                                                        Clerk of Court

                                        **BY:**

                                                              **Deputy Clerk**